**Eldred W. BARNES, Gloria Barnes, Petitioner-Appellant,**

v.

**COMMISSIONER INTERNAL REVENUE SERVICE, Respondent-Appellee.**

**No. 86–7112.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 5, 1986.

Decided Jan. 16, 1987.

George Constable, Seattle, Wash., for petitioner-appellant.

Roger M. Olsen, Asst. Atty. Gen., Michael L. Paup, Jonathan S. Cohen, Thomas R. Lamons, John A. Dudeck, Jr., U.S. Dept. of Justice, Washington, D.C., for respondent-appellee.

Before BROWNING, Chief Judge, WRIGHT and BOOCHEVER, Circuit Judges.

**ORDER**

We affirm the United States Tax Court for the reasons stated in its opinion. *See Barnes v. Commissioner of Internal Revenue,* T.C.M. 1985–456 (P–H). *See also*

*Abbey v. Commissioner,* T.C.M. 1981–673
(P–H).

AFFIRMED.